IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

| | |
|---|---|
| ROBERT E. GOLDEN, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO: 10-CV-00129 |
| BESSEMER & LAKE ERIE RAILROAD COMPANY, | : |
| Defendant. | : **JURY TRIAL DEMANDED** |

## STIPULATION

Counsel for Plaintiff, Robert E. Golden, and Counsel for Defendant, Bessemer & Lake Erie Railroad Company, hereby stipulate that Plaintiff's Locomotive Inspection Act and Federal Safety Appliance Act Claims are hereby dismissed with prejudice. It is further agreed that Defendant has twenty (20) days from the date of this order to file a responsive pleading to the remaining claims in Plaintiff's Complaint.

By: /s/ Don P. Palermo, Esquire
DON P. PALERMO, ESQ.
Counsel for Plaintiff,
Robert E. Golden

By: /s/ Edwin B. Palmer, Esquire
EDWIN B. PALMER, ESQ.
Counsel for Defendant,
Bessemer & Lake Erie Railroad Co.

Dated: March 31, 2010

SO ORDERED:

_____, C.J.

DATED: MARCH 31, 2010.