IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

| | |
|---|---|
| ROBERT E. GOLDEN, | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO: 10-CV-00129-~~JFC~~ |
| v. | : |
| | : |
| BESSEMER & LAKE ERIE RAILROAD COMPANY, | : ELECTRONICALLY FILED |
| | : |
| Defendant. | : **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER OF COURT

Counsel for Plaintiff and Counsel for Defendant hereby stipulate that the above-captioned action be dismissed with prejudice.

By: /s/ Don P. Palermo, Esq.
DON P. PALERMO, ESQUIRE
Attorney for Plaintiff,
Robert E. Golden

By: /s/ Edwin B. Palmer, Esq.
EDWIN B. PALMER, ESQUIRE
Attorney for Defendant,
Bessemer & Lake Erie Railroad Co.

## ORDER OF COURT

AND NOW, to wit, this 19th day of March, 2011, it is hereby Ordered that the above-captioned action be and is hereby dismissed, with prejudice, with each party to bear its own costs.

BY THE COURT:

_____